**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____
                                    )
JANE DOE,                           )
                                    )
                Plaintiff,          )
                                    )
v.                                  )   Civil Action
                                    )   No. 25-cv-10904-PBS
KRISTI NOEM, Secretary of           )
the U.S. Department of Homeland     )
Security, U.S. DEPARTMENT OF        )
HOMELAND SECURITY, TODD LYONS,      )
Acting Director of U.S.             )
Immigration and Customs             )
Enforcement, and U.S.               )
IMMIGRATION AND CUSTOMS             )
ENFORCEMENT,                        )
                                    )
                Defendants.         )
_____ )

**ORDER**

April 15, 2025

Saris, D.J.

After a hearing and upon review of the complaint, the application for a temporary restraining order, and related filings, and for good cause shown, the Court finds that Plaintiff Jane Doe, a Massachusetts Institute of Technology student in computer science, has demonstrated a likelihood of success on the merits of her claim that her Student and Exchange Visitor Information System ("SEVIS") status was unlawfully terminated in violation of the Administrative Procedure Act, 5 U.S.C. §§ 701-706, because Plaintiff has shown that there were no grounds for

1

termination under 8 C.F.R. §§ 214.1-.2. Plaintiff has also shown that she is likely to suffer irreparable harm not compensable by money damages -- namely, that she will be unable to sit for exams necessary to complete her degree and faces a credible threat of arrest and removal as a result of the revocation of her F-1 student visa. As the email from the United States Department of State, dated April 14, 2025, warns Plaintiff: "[r]emaining in the United States without a lawful immigration status can result in fines, detention, and/or deportation," and she "may be sent to countries other than [her] countr[y] of origin."  Dkt. 9-2. Finally, Plaintiff has demonstrated that the balance of hardships and the public interest weigh in favor of temporary injunctive relief. The government has not demonstrated any harm from allowing her to graduate in six weeks.

For the foregoing reasons, and pursuant to Federal Rule of Civil Procedure 65 and 5 U.S.C. § 705, it is hereby **ORDERED** that Defendants Kristi Noem, Todd Lyons, and any agents acting under their authority or control are temporarily restrained from: (1) arresting or detaining Plaintiff under 8 U.S.C. § 1226(a), or removing her for being unlawfully present in the United States without legal status, based on the revocation of her F-1 visa or the termination of her SEVIS status; (2) terminating Plaintiff's SEVIS status; (3) if Plaintiff is arrested or detained, from transferring her outside the Districts of Massachusetts, until

5:00 p.m. on Wednesday, April 23, 2025, when the next hearing on the preliminary injunction will be held. This order is subject to such further extension by the Court as may be appropriate.

SO ORDERED.

/s/ PATTI B. SARIS
Hon. Patti B. Saris
United States District Judge