UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>v.<br><br>KRISTI NOEM, ET AL.,<br><br>        Defendants. | Civil Action No. 1:25-cv-10904_PBS |

## ORDER

After review of the Defendants' Status Report dated May 6, 2025, which contains the Declaration of James Hicks (Dkt. No. 28), the Court hereby orders the Student and Exchange Visitor Program ("SEVP") within Homeland Security Investigations at the U.S. Immigration and Customs Enforcement ("ICE") add a notation into the SEVIS record of Ms. Doe indicating that her SEVIS record status of "active" has been restored retroactively to the original date of the termination.

ACCORDINGLY, it is hereby ORDERED that the SEVP add a notation into the SEVIS record of Ms. Doe indicating that her SEVIS record status of "active" has been restored retroactively to the original date of the termination.

Dated this __7__ day of __May__, 2025.

                                                          PATTI B. SARIS
                                                          United States District Court Judge